**Abatement Order filed June 25, 2019**



**In The**

# Fourteenth Court of Appeals

**NO. 14-18-00795-CV**

## IN RE CATHALEEN MONTELONGO

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-48430**

## ORDER

On Monday, September 10, 2018, relator Cathaleen Montelongo filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Judy Warne, presiding judge of the 257th District Court of Harris County, to reinstate the underlying case on the jury trial docket.

Respondent ceased to hold the office of Judge of the 257th District Court of Harris County, Texas, after the institution of this action. As a result, we were required to abate this mandamus proceeding to permit respondent's successor, the

**Honorable Sandra Peake**, to reconsider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b).

Judge Peake advised this court by letter that she was "not inclined to reconsider Judge Warne's decision to remove the case from the court's jury trial docket." However, Judge Peake did not provide this court with a signed order reflecting her rulings regarding the relator's request for relief.

Therefore, we again abate this case until **August 26, 2019**, by which time Judge Peake shall file with this court a signed order reflecting her rulings concerning relator's request. This court will then consider a motion to reinstate or dismiss this proceeding, as appropriate.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain